**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: ) | |
| ) | |
| **CORBETT RAY MARTIN and** ) | |
| **THERESA MARTIN** ) | |
| ) | Case No.:  09-44315 |
| Debtors/Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Adversary No.:  14-04125 |
| **THE HOME CENTER, LLC,** ) | |
| ) | |
| Creditor/Defendant. ) | |

**JUDGMENT ON COMPLAINT TO AVOID JUDICIAL LIEN ON REAL PROPERTY**

The Court finds that no Answer has been filed in response to the Complaint filed by Plaintiffs in this cause. Therefore, Plaintiffs' Request for Default Judgment is sustained.

IT IS ORDERED, ADJUDGED and DECREED that the judicial lien held by Defendant as a result of the Judgment in Johnson County, Missouri Case No. CV403-303CC is avoided and cancelled.

<u>January 12, 2015</u>                                              /s/Arthur B. Federman
Date                                                                          Honorable Arthur B. Federman

Court to serve parties not receiving electronic notice